UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

QADIR WILLIAMS               Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

-CR-    ( )( )

21 MAG 3897

Defendant  QADIR WILLIAMS  hereby voluntarily consents to participate in the following proceeding via teleconferencing:

**✓**  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

S/ Qaadir Williams/otw
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

QADIR WILLIAMS
Print Defendant's Name

Richard D. Lind
Defendant's Counsel's Signature

RICHARD B. LIND
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

4-16-2021
Date

Ona T. Wang
United States Magistrate Judge